# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
       Plaintiff,

-VS-

SYLVIA BELL,
       Defendant
_____/

Court Number: 97-73616
Honorable: Patrick J. Duggan
Claim Number: 1997A11698

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated: February 3, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 3, 2010, by electronic and/or ordinary mail.

       s/Marilyn Orem
       Case Manager